# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHEN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**VS.**            **CASE NO. 1:12CR048-B-S**

**RALLAN RYAN MARSHALL**            **DEFENDANT**

## TEMPORARY DETENTION ORDER

Having conducted an initial appearance in this cause, and being advised that the government is seeking a detention order in this cause, the Court finds that the defendant shall be remanded to the custody of the United States Marshals Service for temporary detention pending a detention hearing before United States Magistrate Judge S. Allan Alexander on June 12, 2012 at 10:00 a.m. in Oxford, Mississippi.

SO ORDERED, this the 7th of June, 2012.

                                            /s/ *S. Allan Alexander*
                                            UNITED STATES MAGISTRATE JUDGE