## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHEN DISTRICT OF MISSISSIPPI

**UNITED STATES OF AMERICA**

**VS.**                                             **CASE NO. 3:12MJ037-SAA**

**RALLAN RYAN MARSHALL**                          **DEFENDANT**

## ORDER APPOINTING COUNSEL

The above-named defendant having satisfied this court after appropriate inquiry that he (1) does not wish to waive representation by counsel, and (2) is financially unable to obtain counsel, the Federal Public Defender is hereby APPOINTED to represent the defendant in above-styled and numbered cause.

The appointment shall remain in effect until terminated or a substitute attorney is appointed or retained.

This the 7th day of June, 2012.

                                                             /s/ *S. Allan Alexander*
                                                             UNITED STATES MAGISTRATE JUDGE